IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-287-D

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GATEWAY NC-UNIT LLC, ) | |
| NC UNIT GROUP LLC, ) | |
| LAWN DALE LLC, and ) | |
| DONG S. LEE, ) | |
| ) | |
| Defendants. ) | |

On October 7, 2011, plaintiff filed a motion for judgment on the pleadings [D.E. 24]. Thereafter, defendants responded in opposition [D.E. 28] and plaintiff replied [D.E. 29].

The court has considered the motion under the governing standard. The motion [D.E. 24] is DENIED.

SO ORDERED. This _10_ day of April 2012.

JAMES C. DEVER III
Chief United States District Judge