UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:11-cv-287

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | **ORDER ON** |
| Plaintiff, | ) | **JOINT MOTION TO STAY** |
| v. | ) | |
| | ) | |
| GATEWAY NC-UNIT LLC, | ) | |
| a North Carolina limited liability company, | ) | |
| | ) | |
| NC-UNIT GROUP LLC, | ) | |
| a North Carolina limited liability company, | ) | |
| | ) | |
| LAWN DALE LLC, | ) | |
| a North Carolina limited liability company, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONG S. LEE, | ) | |
| | ) | |
| Defendants. | ) | |

This cause was heard by the undersigned on Plaintiff Wells Fargo Bank, N.A.'s ("Wells Fargo") and Defendants Gateway NC-Unit LLC ("Gateway"), NC-Unit Group LLC ("NC-Unit"), Lawn Dale LLC ("Lawn Dale"), and Dong S. Lee ("Lee") (collectively Gateway, NC-Unit, Lawn Dale, and Lee will be referred to as "Defendants") joint Motion to Stay.

The Court, having considered the pleadings, submissions of counsel, and all other matters of record, is of the opinion that good cause exists and the Motion to Stay should be granted.

It is therefore, ORDERED that this action is stayed until further Order of the Court to allow Defendants time to consummate the terms of the that certain Settlement Agreement between and among the parties.

This the 19 day of April, 2012.

By: _____
United States District Judge